544 A.2d 448

COMMONWEALTH of Pennsylvania, Appellant,

v.

George ALEXANDER, Appellee.

Supreme Court of Pennsylvania.

Submitted April 14, 1988.

Decided July 29, 1988.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Stuart Wilder, Philadelphia, for appellant.

John W. Packel, Chief, Appeals Div., Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

The order of the Superior Court is vacated. The case is remanded to the Superior Court to review the record and to make a specific finding as to whether the Commonwealth had exercised due diligence in bringing appellee's cause to trial within the time period mandated by Pa.R.Crim.P. 1100. The court is further directed to enter an order in accordance with that finding.